E-FILED
Wednesday, 05 February, 2020 02:27:19 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION



FILED

FEB 0 5 2020

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 20-CR-300 09 |
| ) | |
| DICKY HOLSMAN, ) | 18 U.S.C. §§ 2251(a) & (e); |
| ) | 2252A(a)(2); 2261A(2)(B) |
| Defendant. ) | |

# INDICTMENT

THE GRAND JURY CHARGES:

### Count One
(Production of Child Pornography)

On or about April 19, 2018, to on or about June 25, 2018, in Morgan County, in the Central District of Illinois, the defendant,

**DICKY HOLSMAN,**

did employ, use, persuade, induce, entice and coerce any minor, Minor 1, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that said visual depiction would be transported using any means of interstate and foreign commerce; and said visual depiction was produced and

transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## Count Two
### (Distribution of Child Pornography)

On or about July 30, 2018, in Morgan County, in the Central District of Illinois, the defendant,

**DICKY HOLSMAN,**

knowingly distributed any child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(2) and (b).

## Count Three
(Distribution of Child Pornography)

On or about July 31, 2018, in Morgan County, in the Central District of Illinois, the defendant,

**DICKY HOLSMAN,**

knowingly distributed any child pornography, as defined in Title 18, United States Code, Section 2256(8) (A), that had been mailed and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(2) and (b).

## Count Four
### (Cyberstalking)

Between in or about December 2017, through and including March 5, 2018, in Morgan County, in the Central District of Illinois, the defendant,

**DICKY HOLSMAN,**

with the intent to harass and intimidate Minor 3, used an interactive computer service and an electronic communications service and electronic communication system of interstate commerce, and any other facility of interstate and foreign commerce, specifically Facebook message and other interactive computer messaging services, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to Minor 3.

All in violation of Title 18, United States Code, Sections 2261A(2)(B).

## Count Five
(Cyberstalking)

Between in or about July 2018, through and including August 1, 2018, in Morgan County, in the Central District of Illinois, the defendant,

**DICKY HOLSMAN,**

with the intent to harass and intimidate Minor 1, used an interactive computer service and an electronic communications service and electronic communication system of interstate commerce, and any other facility of interstate and foreign commerce, specifically Facebook message and other interactive computer messaging services, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to Minor 1.

All in violation of Title 18, United States Code, Sections 2261A(2)(B).

## FORFEITURE NOTICE

1. The offenses contained in Counts One through Three of the Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture, pursuant to the provisions of Title 18, United States Code, Section 2253.

2. For his engagement in the violation alleged in the Indictment, the defendant,

## DICKY HOLSMAN,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all interest in:

   a. Any visual depictions or other matter containing such visual depictions, which were produced, transported, mailed, shipped, received, or possessed as alleged in Counts One through Three;

   b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses alleged in Counts One through Three of this Indictment; and

   c. Any property, real or personal, used or intended to be used to commit or promote the commission of the offenses alleged in Counts One through Three of this Indictment.

3. The property referenced in paragraph 2, subparagraphs a, b, and c above includes, but is not limited to, video recorders and accessories, cameras, computer hardware, such as monitors, central processing units, keyboards, computer programs, software, computer storage devices, such as disk drive units, disks, tapes, hard disk drives/units, peripherals, modems and other telephonic and acoustical equipment, printers, contents of memory data contained in and through the aforementioned hardware and software, tools, equipment, manuals and documentation for the assembly and use of the aforementioned hardware and software, including the specific equipment listed:

- A white, Samsung model SM-G530A Cell Phone with IMEI number: 354451071350604
- A white, Samsung model SM-J327P Cell Phone
- A black, LGE L59BL Cell Phone with IMEI number: 354343080359587

All pursuant to Title 18, United States Code, Section 2253.

A TRUE BILL.

s/ Forepreson

FOREPERSON

s/ John C. Milhiser

JOHN C. MILHISER
UNITED STATES ATTORNEY
CCC

8